UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

DANIELLE DEAN                                                                                              PLAINTIFF

V.                                                                          CIVIL ACTION NO.1:08CV225-JAD

AURORA AUSTRALIS LODGE, et al.                                                          DEFENDANTS

## ORDER DISMISSING CERTAIN DEFENDANT

In accordance with the court's separate memorandum opinion, the defendant Vanguard Healthcare LLC is dismissed without prejudice.

SO ORDERED this the 29th day of April, 2009.

                                                /s/ JERRY A. DAVIS
                                                UNITED STATES MAGISTRATE JUDGE